**PTS LABS LLC, Plaintiff–Appellant,**

v.

**ABBOTT LABORATORIES (doing business as Ross Products Division), Defendant–Cross–Appellant.**

**No. 01–1171, 01–1172.**

United States Court of Appeals, Federal Circuit.

Dec. 17, 2001.

Before NEWMAN, MICHEL, and GAJARSA, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36